```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    JAY R. WEILL  (CSBN 75434)
 3  Assistant United States Attorney
    Chief, Tax Division
 4
    EMILY J. KINGSTON (CSBN 184752)
 5  Assistant United States Attorney

 6   10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 7   San Francisco, California 94102
     Telephone: (415) 436-7000
 8   Facsimile: (415) 436-6748
     Email: emily.kingston@usdoj.gov
 9
    Attorneys for the United States of America
10
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | No.   C-05-0822-MMC |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **LORIN O. COOK; TAMMY COOK;** ) | |
| **HUMBOLDT COUNTY TAX COLLECTOR;** ) | |
| **KERI STOUT; CALIFORNIA STATE** ) | **NOTICE OF SATISFACTION OF** |
| **FRANCHISE TAX BOARD;** ) | **INTEREST AND STIPULATION** |
| **SCHMIDBAUER LUMBER, INC.;** ) | **TO DISMISS HUMBOLDT** |
| **PROFESSIONAL CREDIT MANAGEMENT** ) | **COUNTY TAX COLLECTOR;** |
| ) | <u>**ORDER THEREON**</u> |
| **Defendants.** ) | |
| ) | |

The defendant, the Humboldt County Tax Collector, hereby advises the Court that its interests in and to the property that is the subject of this action have been fully satisfied through the sale of the subject property and application of a portion of the proceeds to the outstanding county tax liabilities owed by the defendants Lorin O. Cook and Tammy Cook to the Humboldt County Tax Collector.

IT IS THEREFORE STIPULATED AND AGREED, by and among the plaintiff, the

*Satisfaction of Interest by and Stipulation to*
*Dismiss Humboldt County Tax Collector*
C-05-0822 MMC

United States of America, and the defendant, the Humboldt County Tax Collector, through their respective undersigned representatives, that the defendant, the Humboldt County Tax Collector, be dismissed from this action, and that it bear its own costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: *June 1, 2005*  By:  */s/ Emily J. Kingston*
EMILY J. KINGSTON
Assistant United States Attorney
Tax Division

Attorneys for the Plaintiff, the United States of America

TAMARA C. FALOR
County Counsel

Date: *June 1, 2005*  By:  */s/ Wendy B. Chaitin*
WENDY B. CHAITIN
Assistant County Counsel
Telephone: (707) 445-7236
Attorney for Defendant Humboldt County Tax Collector

## ORDER OF DISMISSAL

**PURSUANT** to its Notice that its interests in the real property that is the subject of this action have been fully satisfied, and the Stipulation of the Plaintiff, the United States of America, and the Defendant, the Humboldt County Tax Collector,

**IT IS HEREBY ORDERED**, that the Defendant, the Humboldt County Tax Collector, is dismissed from this action, and that it shall bear its own costs and attorney's fees arising herefrom.

Dated: June 2, 2005  /s/ Maxine M. Chesney
HONORABLE MAXINE M. CHESNEY
United States District Judge

*Satisfaction of Interest by and Stipulation to*
*Dismiss Humboldt County Tax Collector*
C-05-0822 MMC