KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6748
Email: emily.kingston@usdoj.gov

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>     Plaintiff,                    )<br>                                    )<br>     v.                             )<br>                                    )<br>LORIN O. COOK; TAMMY COOK;          )<br>HUMBOLDT COUNTY TAX COLLECTOR;      )<br>KERI STOUT; CALIFORNIA STATE        )<br>FRANCHISE TAX BOARD;                )<br>SCHMIDBAUER LUMBER, INC.;           )<br>PROFESSIONAL CREDIT MANAGEMENT      )<br>                                    )<br>     Defendants.                   )<br>                                    ) | No.   C-05-0822-MMC<br><br><br><br><br><br>NOTICE OF SATISFACTION OF<br>INTEREST AND STIPULATION<br>TO DISMISS CALIFORNIA STATE<br>FRANCHISE TAX BOARD AND<br>[Proposed] ORDER THEREON |

The defendant, the California State Franchise Tax Board, hereby advises the Court that its interests in and to the property that is the subject of this action have been fully satisfied through the sale of the subject property and application of a portion of the proceeds to the outstanding state tax liabilities owed by the defendants Lorin O. Cook and Tammy Cook to the California State Franchise Tax Board.

IT IS THEREFORE STIPULATED AND AGREED, by and among the plaintiff, the

*Satisfaction of Interest by and Stipulation to*
*Dismiss California State Franchise Tax Board*
C-05-0822 MMC

United States of America, and the defendant, the California State Franchise Tax Board, through their respective undersigned representatives, that the defendant, the California State Franchise Tax Board, be dismissed from this action, and that it bear its own costs, including any possible attorneys' fees or other expenses of litigation.

                              Respectfully submitted,

                              KEVIN V. RYAN
                              United States Attorney

Dated: *June 3, 2005*  By:  */s/ Emily J. Kingston*
                              EMILY J. KINGSTON
                              Assistant United States Attorney
                              Tax Division

                              Attorneys for the Plaintiff, the United States of America

                              BILL LOCKYER
                              Attorney General of the State of California

Date: *June 6, 2005*  */s/ Randall P. Borcherding*
                              RANDALL P. BORCHERDING
                              Supervising Deputy Attorney General
                              (415) 703-5509
                              Attorneys for Defendant California State Franchise Tax Board

## **ORDER OF DISMISSAL**

**PURSUANT** to its Notice that its interests in the real property that is the subject of this action have been fully satisfied, and the Stipulation of the Plaintiff, the United States of America, and the Defendant, the California State Franchise Tax Board,

**IT IS HEREBY ORDERED**, that the Defendant, the California State Franchise Tax Board, is dismissed from this action, and that it shall bear its own costs and attorney's fees arising herefrom.

Dated: June 7, 2005  /s/ Maxine M. Chesney
                              HONORABLE MAXINE M. CHESNEY
                              United States District Judge

*Satisfaction of Interest by and Stipulation to
Dismiss California State Franchise Tax Board*
C-05-0822 MMC