KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney

 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Facsimile: (415) 436-6748
 Email: emily.kingston@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**LORIN O. COOK; TAMMY COOK;**<br>**HUMBOLDT COUNTY TAX COLLECTOR;**<br>**KERI STOUT; CALIFORNIA STATE**<br>**FRANCHISE TAX BOARD;**<br>**SCHMIDBAUER LUMBER, INC.;**<br>**PROFESSIONAL CREDIT MANAGEMENT**<br><br>　　　　**Defendants.** | No.　　C-05-0822-MMC<br><br><br><br><br><br>**NOTICE OF SATISFACTION OF**<br>**INTEREST AND STIPULATION**<br>**TO DISMISS PROFESSIONAL**<br>**CREDIT MANAGEMENT;**<br><u>**ORDER THEREON**</u> |

　　　　The defendant, Professional Credit Management, hereby advises the Court that its interest in and to the property that is the subject of this action has been fully satisfied through the sale of the subject property and application of a portion of the proceeds to the outstanding indebtedness of the defendants Lorin O. Cook and Tammy Cook to Professional Credit Management.

*Satisfaction of Interest by and Stipulation to Dismiss*
*Professional Credit Management and [Proposed] Order*
C-05-0822 MMC

IT IS THEREFORE STIPULATED AND AGREED, by and among the plaintiff, the United States of America, and the defendant, Professional Credit Management, that the defendant, Professional Credit Management, be dismissed from this action, and that it bear its own costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: _June 9, 2005_         By:   _/s/ Emily J. Kingston_
                                    EMILY J. KINGSTON
                                    Assistant United States Attorney
                                    Tax Division

                                    Attorneys for the Plaintiff, the United
                                    States of America

Date: _June 9, 2005_          By:   _/s/ Troy M. Wilkinson_
                                    TROY M. WILKINSON
                                    Attorney for Professional Credit
                                    Management

## ORDER OF DISMISSAL

**PURSUANT** to the Notice that its interest in the real property that is the subject of this action has been fully satisfied, and the Stipulation of the Plaintiff, the United States of America, and the Defendant, Professional Credit Management,

**IT IS HEREBY ORDERED**, that the Defendant, Professional Credit Management, is dismissed from this action, and that it shall bear its own costs and attorney's fees arising herefrom.

Dated: June 10, 2005              _/s/ Maxine M. Chesney_
                                  HONORABLE MAXINE M. CHESNEY
                                  United States District Judge

*Satisfaction of Interest by and Stipulation to Dismiss*
*Professional Credit Management and [Proposed] Order*
C-05-0822 MMC