KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6748
Email: emily.kingston@usdoj.gov

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>LORIN O. COOK; TAMMY COOK; )<br>HUMBOLDT COUNTY TAX COLLECTOR; )<br>KERI STOUT; CALIFORNIA STATE )<br>FRANCHISE TAX BOARD; )<br>SCHMIDBAUER LUMBER, INC.; )<br>PROFESSIONAL CREDIT MANAGEMENT )<br>  )<br>  Defendants. )<br>_____ ) | No.   C-05-0822-MMC<br><br>NOTICE OF SATISFACTION OF<br>INTEREST AND STIPULATION<br>TO DISMISS KERI STOUT;<br><u>ORDER THEREON</u> |

The defendant, Keri Stout, hereby advises the Court that her interest in and to the property that is the subject of this action has been fully satisfied through the sale of the subject property and application of a portion of the proceeds to the outstanding indebtedness of the defendants Lorin O. Cook and Tammy Cook to Keri Stout.

IT IS THEREFORE STIPULATED AND AGREED, by and among the plaintiff, the United States of America, and the defendant, Keri Stout, that the defendant, Keri Stout, be

*Satisfaction of Interest by and Stipulation to*
*Dismiss Keri Stout and [Proposed] Order*
C-05-0822 MMC

dismissed from this action, and that she bear her own costs, including any possible attorneys' fees or other expenses of litigation she may have incurred.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: *June 9, 2005*          By:   */s/ Emily J. Kingston*
                                     EMILY J. KINGSTON
                                     Assistant United States Attorney
                                     Tax Division

                                     Attorneys for the Plaintiff, the United
                                     States of America


Date: *June 9, 2005*           By:   */s/ Keri Stout*
                                     KERI STOUT
                                     Defendant in Pro Per

## ORDER OF DISMISSAL

**PURSUANT** to the Notice that her interest in the real property that is the subject of this action has been fully satisfied, and the Stipulation of the Plaintiff, the United States of America, and the Defendant, Keri Stout,

**IT IS HEREBY ORDERED**, that the Defendant, Keri Stout, is dismissed from this action, and that she shall bear her own costs and attorney's fees arising herefrom.

Dated: June 10, 2005                    /s/ Maxine M. Chesney
                                        HONORABLE MAXINE M. CHESNEY
                                        United States District Judge

*Satisfaction of Interest by and Stipulation to*
*Dismiss Keri Stout and [Proposed] Order*
C-05-0822 MMC