IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LORIN O. COOK, et al.,<br><br>　　　　Defendants / | No. 05-0822 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is plaintiff's Separate Further Case Management Statement, filed July 8, 2005.

　　　　In light of plaintiff's representation that it has served the two remaining defendants, Lorin O. Cook and Tammy Cook, that such defendants have failed to answer or otherwise respond to the complaint within the time provided under the Federal Rules of Civil Procedure, and that plaintiff intends to file a request for entry of default before July 15, 2005, the Case Management Conference is hereby CONTINUED from July 15, 2005 to September 9, 2005, at 10:30 a.m.  A Case Management Statement shall be filed no later than September 2, 2005.

　　　　**IT IS SO ORDERED.**

Dated:  July 11, 2005　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge